IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY MONTAGNA,<br><br>Plaintiff,<br><br>vs.<br><br>JANICE E. SCHMIT, Individually and As Trustee of THE JANICE E. SCHMIT LIVING TRUST, and JOHN DOES 1-5,<br><br>Defendant. | CV 21-42-M-KLD<br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 15). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees. All deadlines are VACATED.

The Clerk of Court is directed to close the case file.

DATED this 24th day of September, 2021.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1